**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DANNY RAY HORNING,
CDCR #J-48901,

Plaintiff,

vs.

STATE OF CALIFORNIA, et al.,

Defendants.

Case No.: 26-cv-3242-AJB-MSB

**ORDER:**

**(1) DISMISSING CIVIL ACTION AS DUPLICATIVE PURSUANT TO 28 U.S.C. § 1915A(b)(1), and**

**(2) DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**

On May 18, 2026, Danny Ray Horning ("Plaintiff"), a state inmate proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (*See* Doc. No. 1.) Plaintiff alleges his constitutional rights were violated when he was denied a religious diet while incarcerated at the R. J. Donovan Correctional Facility from February 10, 2025, until the present. (*Id*. at 1–5.) Plaintiff has also filed a copy of his prison trust account statement which the Court construes as a Motion to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. § 1915(a). (*See* Doc. No. 2.)

The Complaint in this case is an identical photocopy of a Complaint filed in this Court on March 20, 2026. (*See* Doc. No. 1 in S.D. Cal. Civil Case No. 26-cv-1869-

LL-DEB.) Both suits name the same Defendants, allege the same causes of action, request the same relief, and are signed by Plaintiff on the same day, January 5, 2026, with identical signatures. (*Compare* Doc. No. 1, *with* S.D. Cal. Civil Case No. 26-cv-1869-LL-DEB, Doc. No. 1.)

A prisoner's complaint is subject to *sua sponte* dismissal under 28 U.S.C. § 1915A(b)(1) if it "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)). "[I]n assessing whether the second action is duplicative of the first, we examine whether the causes of action and relief sought, as well as the parties or privies to the action, are the same." *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 689 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008). Because the same claims presented in the instant action against the same Defendants are currently pending in the previously-filed case, this subsequently-filed duplicative action may not concurrently proceed. *See Cato*, 70 F.3d at 1105 n.2.

Accordingly, **IT IS HEREBY ORDERED** that this civil action is **DISMISSED** without prejudice as duplicative pursuant to 28 U.S.C. § 1915A(b)(1) and Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 2) is **DENIED** as moot. The dismissal of this case shall operate without prejudice to Plaintiff's pursuit of his claims in his previously-filed case. The Clerk of Court will **TERMINATE** this case and close the file.

**IT IS SO ORDERED**.

Dated: July 23, 2026

Hon. Anthony J. Battaglia
United States District Judge